IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**COUNTRYWIDE HOME LOANS SERVICING, L.P.**

Plaintiff

vs.

**VICTORIA BENKOVITCH A/K/A VICTORIA BENKOVITCH, JACK KACHKAR, FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER OF WESTERNBANK PUERTO RICO, J.F. BRENNAN DESIGN/BUILD, L.C., ET AL.,**

Defendants
_____/

CIVIL ACTION

CASE NO._____

### DECLARATION OF JACK KACHKAR

### IN SUPPORT OF HIS NOTICE OF REMOVAL

I, JACK KACHKAR, hereby declare under penalty of perjury, pursuant to 28 U.S.C. §1746, that the following is true and correct to the best of my knowledge:

1. I am over the age of 18 years old, and I am a named defendant and also a counterclaim plaintiff in the above-captioned action matter (the "Action"). I am appearing on a pro se basis in this Action.

2. I am a Canadian Citizen and reside in Key Biscayne, Florida.

3. I submit this Declaration in support of my Notice of Removal of the Action captioned under Civil Case No. 09-06672 CA 32, pending in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, to the United States District Court for the Southern District of Florida, Miami Division.

1

2

4. Based on my personal knowledge of the Action and the events thereof, true and correct copies of all process, pleadings, and orders that have been served on me in this Action are attached herewith, and titled as Exhibit A to the Notice of Removal.

5. Additionally, pursuant to 28 U.S.C. §1446(a), true and correct copies of all process, pleadings, and orders filed in the Circuit Court and which I have access to, in relation to this Action, are also attached to this Notice of Removal under Exhibit A.

Executed on this 10th day of July, 2012.

BY: _____
JACK KACHKAR