UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 12-22552-CIV-MORENO

COUNTRYWIDE HOME LOANS SERVICING, L.P.,,,

    Plaintiff,

vs.

VICTORIA BENKOVITCH A/K/A VIKTORIA BENKOVITCH,
ET AL.,

    Defendants.
_____/

### ORDER GRANTING PLAINTIFF BANK OF AMERICA, N.A.'S MOTION FOR ATTORNEYS' FEES

THIS CAUSE came before the Court upon plaintiff Bank of America, N.A.'s Verified Motion for Attorneys' Fees (D.E. No. 29), filed on **December 21, 2012**.

THE COURT has considered the motion and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that:

(1)     Plaintiff's motion is GRANTED.

(2)     Plaintiff shall recover from defendant Jack Kachkar **$20,533** in attorneys' fees. For which sum let execution issue.

DONE AND ORDERED in Chambers at Miami, Florida, this 10th day of January, 2013.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record

Jack Kachkar
PRO SE
445 Grand Bay Drive, #1210
Key Biscayne, FL 33149

Victoria Benkovitch
PRO SE
445 Grand Bay Drive, #1210
Key Biscayne, FL 33149